UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAHNAH WILLIAMS AND CHRIS ANN LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>DEKALB COUNTY, GEORGIA,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-0738-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 21st day of September, 2023.

                                                   KEVIN P. WEIMER
                                                   CLERK OF COURT

                              By:   s/ D. Barfield
                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 21, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ D. Barfield
      Deputy Clerk